IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

Lindsay **Horn**, on behalf of
herself and all other similarly situated,

          Plaintiffs,

v.

**PEMC, LLC d/b/a Legends Gentlemen's Entertainment Club** and
Bo **Salima**,

          Defendants.

Case No. 2:19-cv-12243-MAG-MKM
Hon. Judge Laurie J. Michelson

## ORDER DISMISSING CASE

On July 13, 2021, Plaintiff's counsel filed with this Court a Suggestion of Death noting the death of Plaintiff Lindsay Horn on or about December 25, 2020. (ECF No. 19.) More than ninety days have passed since the filing of the Suggestion of Death, and no motion for substitution has been made by any party or by Lindsay Horn's successor or representative as provided in Rule 25(a)(1) of the Federal Rules of Civil Procedure. Because no motion for substitution has been timely filed, the case must be dismissed. Fed. R. Civ. P. 25(a)(1) (stating that where a motion for substitution "is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed."); *see also Demyanovich v. Cadon Plating & Coatings, LLC*, No. 10-15119, 2014 WL 7204928, at *2 (E.D. Mich. Dec. 17, 2014) (court held it was required to dismiss plaintiff's case where

plaintiff had failed to file a motion to substitute within 90 days of filing the suggestion of death); *Premoh v. City of Cincinnati*, No. 15-cv-265, 2016 U.S. Dist. LEXIS 63628, at *15–16 (S.D. Ohio May 13, 2016) ("Because plaintiff did not comply with the 90-day time limit prescribed by Rule 25(a)(1) in this case, the Rule mandates dismissal of plaintiff's claims.")

Thus, this case is DISMISSED with prejudice.

SO ORDERED.

Dated: October 25, 2021

                                                s/Laurie J. Michelson
                                                LAURIE J. MICHELSON
                                                UNITED STATES DISTRICT JUDGE